BEFORE THE SECOND DIVISION, FEBRUARY 3, 1960

No. 63773.—United China & Glass Company v. United States, protest 59/10040 (San Francisco).

Opinion by LAWRENCE, J. At the trial, the official papers were moved in evidence. An examination thereof showing that the collector would now stipulate as to the claim of the importer, the protest was sustained.